UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZARISH NAJAM,

              Plaintiff,

    - against -

HEALTHFIRST, INC.,

              Defendant.

23-cv-9313 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **February 13, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 31, 2024

                                                John G. Koeltl
                                     United States District Judge