UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ZARISH NAJAM,

                Plaintiff(s)

        23 civ 9313 (JGK)

    -against-

HEALTHFIRST, INC.,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

This matter having been referred to mediation on February 5, 2024, and a scheduling order having been submitted on February 13, 2024

The conference scheduled for February 21, 2024, at 12:00pm, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 14, 2024